IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
CIVIL DIVISION - 3rd DIVISION                FILED

BRADLEY MOORE                                                    PLAINTIFF
                                                          2015 OCT 2 PM 12:42
VS.            CASE NO. 43CV-15-586            DEBORAH OGLESBY
                                               LONOKE CO. CIRCUIT CLERK
DIRECTV, INC.                                  BY _____
                                                    DEPUTY CLERK
                                                                 DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Bradley Moore, by and through his attorney, Floyd A. Healy, and for his Complaint against the Defendant, states:

1. That Plaintiff is a resident of Lonoke County, Arkansas.

2. That the Defendant is a corporation existing under and pursuant to the laws of the State of California with businesses located throughout the United States. Jurisdiction is proper in this Court pursuant to 15 U.S.C. § 1681 (p).

3. That during the latter part of October, 2013, the Plaintiff noted on his credit report that there was an entry from DirecTV indicating that he had an open account balance in the amount of $485.00.

4. That Plaintiff took immediate steps to attempt to correct this inaccurate entry upon his credit score directly through the three major credit reporting agencies, as well as the Defendant. Initially, the credit report entry was removed from the Plaintiff's credit report, but was replaced upon Plaintiff's credit report shortly thereafter.

5. Plaintiff again tried to clear his credit of this inaccurate entry with DirecTV. He was told that he would have to deal with the problem on his own.

6. That the Defendant has made inaccurate reportings to credit reporting agencies, even though it knew or should have known that the information was grossly

1

inaccurate. At the time of the alleged entry upon the Plaintiff's credit report, the Plaintiff did not even have an account with the Defendant.

7. For the past several years, the Plaintiff has had to pay increases in financing rates in order to utilize his existing credit. Plaintiff's credit score has diminished greatly by this entry upon his report. Pursuant to 15 U.S.C. §1681 (n), the Defendant is liable to the Plaintiff for willful non-compliance with the Fair Credit Reporting Act, as well as negligent non-compliance.

8. That pursuant to the Fair Credit Reporting Act, Plaintiff is requesting attorney fees, in addition to actual damages he has incurred as a result of the Defendant's actions.

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount to be determined by the trier of fact, for actual attorney's fees pursuant to 15.U.S.C. § 1681, that the Defendant be ordered to remove any erroneous information that they have provided to credit reporting agencies against the Defendant, and for all other just and proper relief as determined by this Court.

FLOYD A. HEALY
Attorney At Law
#8 Shackleford Plaza, Suite 103
Little Rock, AR 72211
(501) 224-5551

By: _____
Floyd A. Healy, Bar No. 86086