IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRADLEY MOORE                                                                       PLAINTIFF

v.                                    No. 4:15-cv-00717-BSM

DIRECTV, INC.                                                                       DEFENDANT

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Bradley Moore and defendant DIRECTV, LLC, have stipulated to a dismissal of this case with prejudice and, in support, state:

1.      This case has been amicably resolved by the parties.  The parties jointly request that this Court dismiss this case with prejudice, each party bearing its own attorneys' fees and costs.

WHEREFORE, plaintiff Bradley Moore and defendant DIRECTV, LLC pray that this Court dismiss this case with prejudice, each party to bear its own attorneys' fees and costs.


FLOYD A. HEALY
#8 Shackleford Plaza, Suite 103
Little Rock, Arkansas 72211
(501) 224-5551
fhealy@sbcglobal.net


By:     /s/ Floyd A. Healy
         Floyd A. Healy, Esq. Ark. Bar No. 86086


*Attorney for plaintiff Bradley Moore*

QUATTLEBAUM, GROOMS & TULL PLLC
 111 Center Street, Suite 1900
 Little Rock, Arkansas 72201
 telephone: (501) 379-1700
 facsimile: (501) 379-1701
 jprice@qgtlaw.com
 lpesek@qgtlaw.com


By:   /s/ Lindsey C. Pesek
   Joseph W. Price, II, Ark. Bar No. 2007168
   Lindsey C. Pesek, Ark. Bar No. 2009209

*Attorneys for defendant DIRECTV, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of December, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

  /s/ Lindsey C. Pesek
  Lindsey C. Pesek